SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JUL 19 PM 4:04
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT H. NOLAN,<br><br>Defendant. | 8:22CR172<br><br>INDICTMENT<br>18 U.S.C. § 1594(a)<br>18 U.S.C. § 2422(b) |

The Grand Jury charges that

COUNT I

Beginning on or about June 8, 2022, through on or about June 14, 2022, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, ROBERT H. NOLAN, did knowingly attempt to patronize and solicit a minor who had not attained the age of 18 years, knowing the minor was under the age of 18 years old, and knowing the minor would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1594(a).

COUNT II

Beginning on or about June 8, 2022, through on or about June 14, 2022, in the District of Nebraska and elsewhere, the defendant, ROBERT H. NOLAN, did use any facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant U.S. Attorney